IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TROY DIXON, | § | |
| | § | No. 532, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID. Nos. 1211005646 A&B (N) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 7, 2017
Decided: June 8, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

This 8th day of June 2017, it appears to the Court that the judgment of the Superior Court should be affirmed for the reasons stated in its decision dated October 11, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*
Chief Justice

---

[1] *State v. Dixon*, 2016 WL 5929251 (Del. Super. Oct. 11, 2016).